**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SOMCHIT JOY NASIRICHAMPANG, | Civil No.   07cv1129-L (AJB) |
| Petitioner, | |
| v. | **ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |
| VICTOR M. ALMAGER, Warden, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has submitted a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis. Petitioner has no funds on account at the California correctional institution in which he is presently confined and cannot afford the $5.00 filing fee. Thus, the Court **GRANTS** Petitioner's application to proceed in forma pauperis, and allows Petitioner to prosecute the above-referenced action as a poor person without being required to prepay fees or costs and without being required to post security. The Clerk of the Court shall file the Petition for Writ of Habeas Corpus without prepayment of the filing fee.

**IT IS SO ORDERED.**

DATED:  July 23, 2007



M. James Lorenz
United States District Court Judge

Copies to:   ALL PARTIES

K:\COMMON\EVERYONE\_EFILE-PROSE\L\07cv1129-Grant.wpd, 7237

-1-

07cv1129