UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOMCHIT JOY NASIRICHAMPANG,<br><br>      Petitioner,<br><br>  v.<br><br>VICTOR M. ALMAGER, Warden,<br><br>      Respondent. | Civil No.  07cv1129-L(AJB)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING PETITION FOR WRIT OF HABEAS CORPUS** |

  Petitioner Somchit Joy Nasirichampang, a state prisoner proceeding *pro se*, filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254.  The case was referred to United States Magistrate Judge Anthony J. Battaglia for a report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B) and Civil Local Rule 72.1(d).  On January 25, 2008, the Magistrate Judge issued a Report and Recommendation, recommending to grant Respondent's motion to dismiss the petition as untimely.

  A district judge "may accept, reject, or modify the recommended disposition" on a dispositive matter prepared by a magistrate judge proceeding without the consent of the parties for all purposes.  Fed. R. Civ. P. 72(b); *see* 28 U.S.C. § 636(b)(1).  "The court shall make a *de novo* determination of those portions of the [report and recommendation] to which objection is made."  28 U.S.C. § 636(b)(1).  Section 636(b)(1) does not require some lesser review by the district court when no objections are filed.  *Thomas v. Arn*, 474 U.S. 140, 149-50 (1985).  The

1  "statute makes it clear that the district judge must review the magistrate judge's findings and
2  recommendations *de novo if objection is made, but not otherwise*." *United States v.*
3  *Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) (emphasis in the original); *see*
4  *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1225-26 & n.5 (D. Ariz. 2003) (applying
5  *Reyna-Tapia* to habeas review).
6       In the absence of any objections, the court **ADOPTS** the Report and Recommendation.
7  Respondent's motion to dismiss is **GRANTED** and the Petition for Writ of Habeas Corpus
8  pursuant to 28 U.S.C. § 2254 is **DISMISSED** as untimely.
9       **IT IS SO ORDERED.**
10
11  DATED: March 3, 2008
12                                  M. James Lorenz
13                                  United States District Court Judge
14  COPY TO:
15  HON. ANTHONY J. BATTAGLIA
    UNITED STATES MAGISTRATE JUDGE
16
    ALL PARTIES/COUNSEL
17
18
19
20
21
22
23
24
25
26
27
28